BEFORE THE THIRD DIVISION, JANUARY 5, 1942

**No. 46767.**—Protests 63016–K, etc., of Sterling Linens, Inc., et al. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty as claimed.